**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Google, Inc., | NO. C 05-00598 JW |
| Plaintiff, | |
| v. | **SCHEDULING ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Affinity Engines, Inc., | |
| Defendant. | |

On September 26, 2005 the Court held a case management conference in this case. Accordingly, the parties are ordered to comply with the following schedule:

Should Plaintiff choose to file a motion for partial summary judgment limited to (1) ownership of the allegedly copied work, and (2) substantial similarity between the Plaintiff's and Defendant's work, Plaintiff should file this motion by November 28, 2005.

Plaintiff may not file its motion if the parties have not agreed on the deposition schedule for three individuals: Larry Page, Sergey Brin, and Orkut Buyukkokten. The notice of deposition for these individuals will specify the copyright factual issues to which the deposing party wishes deponents to answer questions. If the parties are able to agree on a deposition schedule, and so notify the Court, the interim case management conference currently scheduled for October 17, 2005 will be vacated.

If Plaintiff files the motion for partial summary judgment limited to the issues of ownership and

1  substantial similarity, Defendant's opposition shall be filed with this Court no later than January 30,
2  2006.  Plaintiff's reply shall be filed by February 13, 2006.  A hearing on the motion, if filed, is
3  scheduled for February 27, 2006 at 9:00 a.m.

Dated: September 29, 2005              /s/ James Ware
05eciv0598sched                         JAMES WARE
                                        United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colleen Bal cbal@wsgr.com
David H. Kramer dkramer@wsgr.com
Gabriel M. Ramsey gramsey@orrick.com
George Hopkins Guy hopguy@orrick.com
James A. DiBoise jdiboise@wsgr.com
Michael A. Berta mberta@wsgr.com
Peter J. O'Rourke porourke@orrick.com
Rory Bens rbens@orrick.com

**Dated: September 29, 2005**               **Richard W. Wieking, Clerk**

                                            **By:___/s/ JW Chambers_____**
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California