IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Google, Inc., | NO. C 05-00598 JW |
| Plaintiff, | |
| v. | **SCHEDULING ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Affinity Engines, Inc., | |
| Defendant. | |

On October 17, 2005, the Court held an interim case management conference in this case. In light of the parties' representations, this Court limits the scope of the deposition for Larry Page and Sergey Brin to the single issue of their meeting with Orkut Buyukkokten. The parties have agreed to dates for the depositions of Mr. Page and Mr. Brin on this issue. Accordingly, the schedule outlined in the September 29, 2005 Scheduling Order (Docket No. 45) remains: Should Plaintiff choose to file a motion for partial summary judgment limited to (1) ownership of the allegedly copyrighted work, and (2) substantial similarity between the Plaintiff's and Defendant's work, Plaintiff should file this motion by November 28, 2005. Defendant's opposition shall be filed with this Court on or before January 30, 2006. Plaintiffs reply shall be filed by February 13, 2006. A hearing on the motion is scheduled for February 27, 2006 at 9:00 a.m.

Defendant may depose Mr. Buyukkokten on a broader range of issues relevant to ownership and substantial similarity. Should Defendants have difficulty scheduling a deposition of Mr.

Buyukkokten, Defendants may seek an ex parte remedy through this Court.  Other discovery motions, such as a motion for a protective order shall be brought before Magistrate Judge Lloyd.

Dated: October 17, 2005

05eciv598sched2

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colleen Bal cbal@wsgr.com
David H. Kramer dkramer@wsgr.com
Gabriel M. Ramsey gramsey@orrick.com
George Hopkins Guy hopguy@orrick.com
James A. DiBoise jdiboise@wsgr.com
Michael A. Berta mberta@wsgr.com
Peter J. O'Rourke porourke@orrick.com
Rory Bens rbens@orrick.com

**Dated: October 17, 2005**                                  **Richard W. Wieking, Clerk**

                                                             **By:__/s/ JW Chambers_____**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**