Case 5:05-cv-00598-JW Document 135 Filed 10/31/2005 Page 1 of 2



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AFFINITY ENGINES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 05-0598 JW (HRL)<br><br>[PROPOSED] ORDER GRANTING AFFINITY ENGINES, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5:<br><br>(1) UNREDACTED MOTION FOR FURTHER CASE MANAGEMENT CONFERENCE RE SCOPE OF BRIN AND PAGE DEPOSITIONS;<br><br>(2) EXHIBITS 1 – 12 TO THE DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF MOTION FOR FURTHER CASE MANAGEMENT CONFERENCE RE SCOPE OF BRIN AND PAGE DEPOSITIONS<br><br>Judge:     Honorable James Ware |

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

1   Defendant Affinity Engines, Inc. ("AEI") has filed a Miscellaneous Administrative
2   Request with this Court pursuant to Civil Local Rules 7-11 and 79-5 requesting permission to file
3   under seal:

(1) Unredacted Motion For Further Case Management Conference Re Scope Of Brin And Page Depositions

(2) Exhibits 1 – 12 To The Declaration Of Gabriel M. Ramsey In Support Of Motion For Further Case Management Conference Re Scope Of Brin And Page Depositions

After considering the requesting papers and all other matters presented to the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

AEI's request to file the above referenced documents under seal is GRANTED.

Dated: November 1, 2005

_____
The Honorable James Ware
United States District Judge

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

-2-

[PROPOSED] ORDER GRANTING AEI'S MISC. ADMIN. REQ.
FILE UNDER SEAL
CASE NO. C 05-0598 JW (HRL)