1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11    Google, Inc.,                                NO. C 05-00598 JW

12                    Plaintiff,                   **ORDER TO SHOW CAUSE**
                                                   **RE: SETTLEMENT**
13          v.

      Affinity Engines, Inc.,
14
                    Defendant.
15    _____/

16          During the week of November 28, 2005, counsel for Plaintiff David H. Kramer, informed the

17    Court that the above-entitled matter has reached a settlement.  In light of the settlement, the Court vacates

18    all trial and pretrial dates, including the hearing currently scheduled for December 5, 2005.   On or before

19    January 13, 2006, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure

20    41(a).

21          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th

22    Floor, United States District Court, 280 South First Street, San Jose, California on January 30, 2006, at

23    9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P.

24    41(b).  On or before January 13, 2006, the parties shall file a joint statement in response to the Order to

25    Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the

26    settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary

27    dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

2    action.

3

4    Dated: December 2, 2005                                    /s/ James Ware
     05eciv598oscsettl                                          JAMES WARE

5                                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Colleen Bal cbal@wsgr.com
David H. Kramer dkramer@wsgr.com
Eric L. Wesenberg ewesenberg@orrick.com
Gabriel M. Ramsey gramsey@orrick.com
George Hopkins Guy hopguy@orrick.com
James A. DiBoise jdiboise@wsgr.com
Michael A. Berta mberta@wsgr.com
Peter J. O'Rourke porourke@orrick.com
Rory Bens rbens@orrick.com

**Dated: December 2, 2005**                    **Richard W. Wieking, Clerk**


                                               **By:__/s/ JW Chambers_____**
                                                      **Ronald L. Davis**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California