1  DAVID H. KRAMER, State Bar No. 168452 (dkramer@wsgr.com)
   MICHAEL A. BERTA, State Bar No. 194650 (mberta@wsgr.com)
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Plaintiff
6  GOOGLE INC.

*IT IS SO ORDERED*
*Judge James Ware*

7
   G. HOPKINS GUY, III, State Bar No. 124811, (hopguy@orrick.com)
8  ERIC L. WESENBERG, State Bar No. 139696 (ewesenberg@orrick.com)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, CA 94025
10 Telephone: (650) 614-7400
   Facsimile: (650) 614-7401
11
   Attorneys for Defendant
12 AFFINITY ENGINES, INC.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN JOSE DIVISION
16

17 GOOGLE INC., a Delaware corporation,      ) CASE NO.: C-05-00598 JW (HRL)
                                             )
18                Plaintiff,                 )
                                             )
19        v.                                 ) **STIPULATION AND**
                                             ) **ORDER FOR DISMISSAL**
20                                           )
   AFFINITY ENGINES, INC., a Delaware        )
21 corporation,                              )
                                             )
22                Defendant.                 )
                                             )
23                                           )
                                             )
24                                           )
   _____)
25

26

27

28

STIPULATION AND [~~PROPOSED~~]
ORDER FOR DISMISSAL
CASE NO.: C-05-00598 JW (HRL)

IT IS HEREBY STIPULATED, by and between the parties in this action, through their respective counsel of record, that this action and all claims asserted herein are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs in connection with this action.

DATED: January 19, 2006       WILSON SONSINI GOODRICH & ROSATI PC

By _____/s/ David H. Kramer_____
David H. Kramer
Attorneys for Plaintiff Google Inc.

DATED: January 19, 2006       ORRICK, HERRINGTON AND SUTCLIFFE LLP

By _____/s/ G. Hopkins Guy, III_____
G. Hopkins Guy, III
Attorneys for Defendant Affinity Engines, Inc.

IT IS SO ORDERED.

DATED: January 20, 2006

_____
The Honorable James Ware
United States District Court Judge

STIPULATION AND [~~PROPOSED~~]
ORDER FOR DISMISSAL
CASE NO.: C-05-00598 JW (HRL)                -1-

**CERTIFICATION**

1 I, David H. Kramer, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: January 19, 2006  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: __/s/ David H. Kramer_____
David H. Kramer
Attorneys for Plaintiff Google Inc.

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]  -2-
ORDER FOR DISMISSAL
CASE NO.: C-05-00598 JW (HRL)